IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES BAILEY,<br><br>    Plaintiff,<br><br>        v.<br><br>TEKTRONIX, INC.,<br>an Oregon corporation,<br><br>    Defendant. | C.A. No. 21-1268-GBW |

## [PROPOSED] ORDER ENTERING FINAL JUDGMENT FOR PLAINTIFF

At Wilmington on this ___ day of _____, 2024, following a one-day bench trial and pursuant to this Court's February 23, 2023 Opinion (D.I. 64)**;**

IT IS HEREBY ORDERED THAT:

1. Final Judgment is entered in favor of the Plaintiff, JAMES BAILEY on Count One of his Amended Complaint (D.I. 12) and against Defendant, TEKTRONIX, INC, in the principal amount of $800,000.00;

2. Plaintiff is awarded pre-judgment interest from January 15, 2021 to the present date at a rate equal to the Federal Discount Rate as of January 15, 2021 (0.25%) plus 5% pursuant to 6 Del. C. § 2301, calculated as simple interest, for a total pre-judgment interest award of $131,293.15;

3. Plaintiff is also awarded post-judgment interest, beginning on the date of this Order pursuant to 28 U.S.C. § 1961, until the judgment is satisfied;

4. **[Plaintiff proposes]** Plaintiff is also awarded taxable costs to be determined by this Court upon post-judgment application by the Plaintiff; and **[Defendant contends that this provision is premature. The Opinion does not reference costs, and District of Delaware**

**Local Rule 54.1 provides the procedure and timing for filing a bill of costs.]**

5.   **[Plaintiff proposes]** The Court retains jurisdiction over this matter solely to determine interest and costs. **[Defendant contends that this provision is unnecessary and potentially in conflict with the effect a notice of appeal would have on the Court's jurisdiction]**

Dated: _____   _____
                                    The Hon. Gregory B. Williams
                                    United States District Judge